# HUSCH BLACKWELL

Angela B. Harden
Attorney

555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
Direct: 414-978-5376
Fax: 414-223-5000
Angela.Harden@huschblackwell.com

October 11, 2016

**VIA ELECTRONIC FILING**
The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:  *Michael A. LaBrec v. Karen Butler, M.D.,*
           Case No. 16-CV-00031-PP

Dear Judge Pepper:

    As the Court requested at the October 6th scheduling conference, please be advised that Mr. LaBrec has been transferred from the Waukesha Resource Center to Green Bay Correctional Institution. If needed, he can be reached at:

    Michael A. LaBrec 468017
    Green Bay Correctional Institution
    2833 Riverside Drive
    P.O. Box 19033
    Green Bay, WI 54307-9033

                          Very truly yours,

                          *s/ Angela Harden*

                          Angela Harden

ABH/sc