UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. LaBREC,

    Plaintiff,

v.

KAREN BUTLER, M.D.,

    Defendant.

Case No. 16-cv-31-pp

## STIPULATION FOR DISMISSAL

The parties stipulate and agree that the Complaint, any amendments thereto, and any and all claims, cross-claims and counterclaims in the above-captioned action, by and between the parties, whether or not pled, should be dismissed on their merits, with prejudice, without costs to any party, and that an Order to that effect may be entered without further notice of a hearing.

Dated: 5-11-17

*Angela Harden*
Attorney Angela Harden
Husch Blackwell, LLC
State Bar No.: 1092202
Attorney for Plaintiff, Michael A. LaBrec

Dated: 5-11-17

*Patricia E. Putney*
Attorney Patricia Epstein Putney
State Bar No.: 1024322
Attorney for Defendant, Karen Butler